PROB 12C
(6/16)

Report Date: March 5, 2020

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 05, 2020

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Andrew Vincent Auerbach            Case Number: 0980 2:16CR00093-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 10, 2017

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

Original Sentence:       Prison - 37 months;            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     James Goeke                   Date Supervision Commenced: April 8, 2019

Defense Attorney:        Roger Peven                   Date Supervision Expires: April 7, 2022

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Andrew Auerbach failed to report to the Eastern District of Washington Sobriety Treatment and Education Program (STEP) on March 5, 2020.

On February 20, 2020, Andrew Auerbach was instructed by the undersigned officer and the Honorable Wm Fremming Nielsen, Senior U.S. District Judge, to attend the STEP session on March 5, 2020. Furthermore, Mr. Auerbach was provided with a document that reflected his requirement to attend the STEP session on March 5, 2020, and signed said document acknowledging this requirement. Mr. Auerback failed to report to the Eastern District of Washington Sobriety Treatment and Education Program on March 5, 2020, as directed.

On April 19, 2019, Andrew Auerbach completed the intake process at the U.S. Probation Office. Mr. Auerbach signed his judgment acknowledging that he understood his conditions of supervision. Specifically, after initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

Prob12C
**Re: Auerbach, Andrew Vincent**
**March 5, 2020**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Andrew Auerbach failed to report for scheduled urinalysis substance abuse testing at Pioneer Counseling Center as directed on February 25, 28, and March 2 and 4, 2020. Furthermore, Andrew Auerbach admitted to the undersigned officer via telephone on March 2, 2020, that he had consumed methamphetamine.

The undersigned officer received correspondence from Pioneer Counseling Center reporting that Andrew Auerbach failed to report for his scheduled urinalysis substance abuse testing as directed on February 25, 28, and March 2 and 4, 2020.

On March 2, 2020, the undersigned officer contacted Mr. Auerbach via telephone. During the phone conversation, Mr. Auerbach admitted consuming methamphetamine.

On April 19, 2019, Andrew Auerbach completed the intake process at the U.S. Probation Office. Mr. Auerbach signed his judgment acknowledging that he understood his conditions of supervision. Specifically, he must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

3      **Special Condition # 6**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Andrew Auerbach failed to attend his scheduled substance abuse treatment sessions at Pioneer Counseling Center on February 26, 28, and March 2, and 4, 2020.

The undersigned officer received notification from Pioneer Counseling Center that Mr. Auerbach failed to attend his scheduled substance abuse group treatment sessions on February 26, 28, and March 2, and 4, 2020.

On April 19, 2019, Andrew Auerbach completed the intake process at the U.S. Probation Office. Mr. Auerbach signed his judgment acknowledging that he understood his conditions of supervision. Specifically, that he must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.

Prob12C
# Re: Auerbach, Andrew Vincent
# March 5, 2020
# Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/05/2020

s/Richard Law

Richard Law
Supervisory U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

3/5/2020
Date